RAFAEL FIGUEROA, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN JUAN, SECCIÓN SEGUNDA, recurrido.

No. 815.—*Sometido*: Julio 10, 1930. *Resuelto:* Julio 22, 1930.

R. *Sancho Bonet,* abogado del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

---

* NOTA: Véase el prefacio.

José Suárez Alvarez ejecutó una hipoteca, y en marzo de 1928 logró que el márshal le otorgara escritura de enajenación a virtud de la cual él llegó a ser dueño de la finca hipotecada, comprada por él en la venta de ejecución.

El 13 de junio de 1930, el registrador de la propiedad se negó a inscribir este documento por el motivo de que un embargador que había inscrito su embargo en mayo 28, 1930 no había sido notificado en el procedimiento ejecutivo sumario, según exigen el segundo párrafo del artículo 172, y el párrafo final del artículo 171 del Reglamento para la ejecución de la Ley Hipotecaria.

Ninguno de los dos artículos aludidos requiere que se dé notificación alguna a embargadores que no tienen gravamen alguno sobre los bienes hipotecados, al tiempo de la ejecución y venta.

En junio 19, el registrador se negó a inscribir una escritura de venta otorgada por Suárez Alvarez y su esposa, por el fundamento de que los bienes en cuestión constaban inscritos a nombre de Francisco Rodríguez Fernández, y no en el de los vendedores. Rodríguez Fernández era el deudor hipotecario demandado en el procedimiento ejecutivo. La base técnica de la nota del registrador fué el resultado temporal de la negativa errónea a inscribir la escritura del márshal. Cuando se inscriba esa escritura, el motivo de la nota desaparecerá.

Deben revocarse ambas notas.